PEOPLE, Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against William Thomas. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. TITELBAUM, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Proceeding by the People of the State of New York against Philip Titelbaum. No opinion. Judgment of conviction and order affirmed.

PEOPLE, Respondent, v. TORNEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York against Alexander Torney. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. TRUST CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Proceeding by the People of the State of New York against the Trust Company of America. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs in the court below and in this court. See, also, 145 App. Div. 900, 129 N. Y. Supp. 1140.

PEOPLE, Respondent, v. WARBLINSKY, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Proceeding by the People of the State of New York against David Warblinsky.

PER CURIAM. The practice on this appeal is determined by the case of People v. Vitusky (decided in the First Department on July 11, 1912) 138 N. Y. Supp. 1013. The motion to dismiss the appeal is denied, on condition that the appellant perfect his appeal, place the case upon the next calendar, and be ready for argument when the case is moved or reached.

PEOPLE, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Proceeding by the People of the State of New York against William Wilson. M. Trice, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE ex rel. MALONE v. HIGGINS, Com'r. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Proceeding by the People of the State of New York, on the relation of Martin J. Malone, against Thomas J. Higgins, as Commissioner, L. F. Fish, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MEYERS v. FOX. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Proceeding by the People of the State of New York, on the relation of Philip Meyers, against Frank Fox. No opinion. Motion granted. Order filed.

PEOPLE ex rel. NORTH RIVER FERRY CO. v. ROCKLAND COUNTY COURT et al. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Proceeding by the People of the State of New York, on the relation of the North River Ferry Company, against the County Court of Rockland County and others. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. NUTTING, Appellant, v. MAXWELL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Proceeding by the People of the State of New York, on the relation of William W. Nutting, against William H. Maxwell and others. D. R. O'Brien, of New York City, for appellant. C. McIntyre, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SIMON et al., Respondents, v. BRADLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Proceeding by the People of the State of New York, on the relation of William Simon and others, as and constituting the Terminal Station Commission of the city of Buffalo, against John H. Bradley and others, as Aldermen, and as constituting the Board of Aldermen of the City of Buffalo, and others. No opinion. Order affirmed, with costs, on the authority of Hanrahan v. Terminal Station Commission of City of Buffalo, 152 App. Div. 349, 136 N. Y. Supp. 1001.